# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-00449JVS(GJSx) | Date | March 6, 2020 |
| Title | Brian and Marlene Finander v Riverside County, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER SETTING ORDER TO SHOW CAUSE**

On March 5, 2020, Brian and Marlene Finander (collectively "Finanders") filed a Verified Complaint for Damages and Time Urgent Request for Writ/Order. (Docket No. 1.)

The Court finds good cause for issuing the following order based on the Finanders' verified allegations that they have been denied the exercise the First Amendment right to initiate litigation.

The Court orders the County of Riverside ("County") to show cause why the Court should not issue an order to compel the County to permit the Finanders to file documents with the Riverside County Superior Court in accordance with the usual procedures for filing documents on March 23, 2020 at 3:00 p.m. The County shall file a written response no later than March 16, 2020. The Finanders may file a reply no later than noon March 19, 2020. All service shall be personal or by electronic means.

A copy of this order is sent via U.S. Mail to Office of County Counsel, 3960 Orange Street, Suite 500, Riverside, California 92501.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |