UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FINANDER and MARLENE FINANDER,<br><br>Plaintiffs<br><br>v.<br><br>RIVERSIDE COUNTY [California], et al.,<br><br>Defendants. | No. CV 5:20-cv-00449-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint [Dkt. 27] and all pleadings and documents filed and lodged in this action, including: the motion to dismiss the First Amended Complaint brought by Defendant County of Riverside [Dkt. 33, "County Motion"] and the related Opposition and Reply [Dkts. 46, 58]; the motion to dismiss the First Amended Complaint brought by Defendant Superior Court of California, County of Riverside [Dkt. 59, "Superior Court Motion"] and the related Opposition and Reply [Dkts. 65-66]; the Report and Recommendation of United States Magistrate Judge [Dkt. 68, "Report"]; and Plaintiffs' Objections to the Report [Dkt. 69]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

1  Having completed its review, the Court concludes that nothing in the
2  Objections calls into question any aspect of the Report, nor does anything in the
3  Objections warrant discussion.  The Court accepts the findings and
4  recommendations set forth in the Report.  In addition, the Court finds that the
5  Superior Court is not a person for purposes of civil rights statute 42 U.S.C. § 1983.
6  <u>Will v. Michigan Dept. of State Police</u>, 491 U.S. 58, 66 (1989).
7  Accordingly, **IT IS ORDERED** that: (1) the County Motion and the Superior
8  Court Motion are GRANTED; (2) the First Amended Complaint is dismissed
9  without leave to amend; and (3) this action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 23, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE