UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FINANDER and MARLENE FINANDER,<br><br>Plaintiffs<br><br>v.<br><br>RIVERSIDE COUNTY [California], et al.,<br><br>Defendants. | No. CV 5:20-cv-00449-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: July 23, 2020      _____
                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE